Case 2:20-mj-00485-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 02/05/20   Page 2 of 14   Page ID #:52

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: 2/7/20  8:00 AM | Copy of warrant and inventory left with: Matt Funke |
|---|---|---|

Inventory made in the presence of: SA A. Deguzman

Inventory of the property taken and name of any person(s) seized:

See attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/20

Executing officer's signature

Michael Impastato, Special Agent
Printed name and title

3601 WADE PROPERTY ATTACHMENT:

U.S. CURRENCY- $137,544.00 USD

MONEY COUNTER

HIK VISION DVR

MAC BOOK PRO

MACBOOK AIR

MOTOROLLA CELLPHONE IMEI 354146090737407

IPHONE 11 PRO MAX IMEI 353890102226500

CHECK STUBS

LEDGER

LEDGER